1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH TAYLOR, G-48265,                    )
                                            )
              Petitioner,                   )      No. C 12-1110 CRB (PR)
                                            )
       vs.                                  )      ORDER OF TRANSFER
                                            )
P. L. VASQUEZ, Warden,                      )      (Docket # 3)
                                            )
              Respondent.                   )
_____        )

        Petitioner seeks federal habeas review of a conviction from Solano County

Superior Court, which lies within the venue of the Eastern District of California.  See 28

U.S.C. § 84(b).  Petitioner is incarcerated at North Kern State Prison in Kern County,

which also lies within the venue of the Eastern District of California.  See id.

        Venue is proper in a habeas action in either the district of confinement or the

district of conviction, see id. § 2241(d); however, petitions challenging a conviction

preferably are heard in the district of conviction.   See Habeas L.R. 2254-3(a);

Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

        Because Solano County lies in the Eastern District of California, the court

ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in

the interest of justice, this petition be TRANSFERRED to the United States District

Court for the Eastern District of California.

        The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  3/29/12

_____
CHARLES R. BREYER
United States District Judge

Judge Charles R. Breyer

G:\PRO-SE\CRB\HC.12\Taylor, K.12-1110.transfer.wpd